1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   PATRICK BRADY,                          1:06-cv-00136-AWI-SMS P

12                  Plaintiff,               **ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS, AND**
13           vs.                             **DISMISSING CERTAIN CLAIMS AND
                                             DEFENDANTS**
14   DR. TIMOTHY FISHBACK, et al.,
                                             (Docs. 1 and 12)
15                  Defendants.
                                         /

16

17        Plaintiff Patrick Brady ("plaintiff"), a state prisoner

18   proceeding pro se and in forma pauperis, has filed this civil

19   rights action seeking relief under 42 U.S.C. § 1983.  The matter

20   was referred to a United States Magistrate Judge pursuant to 28

21   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22        On October 24, 2006, the Magistrate Judge filed a Findings

23   and Recommendations herein which was served on plaintiff and

24   which contained notice to plaintiff that any objection to the

25   Findings and Recommendations was to be filed within thirty days.

26   To date, plaintiff has not filed an objection to the Magistrate

27   Judge's Findings and Recommendations.

28   //

                                    1

1    In accordance with the provisions of 28 U.S.C. §

2 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u>

3 <u>novo</u> review of this case.  Having carefully reviewed the entire

4 file, the Court finds the Findings and Recommendations to be

5 supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed October 24,

8 2006, is ADOPTED IN FULL;

9    2.   This action shall proceed on plaintiff's complaint,

10 filed February 7, 2006, against defendants Fishback, Juarez, and

11 Villa on plaintiff's Eighth Amendment medical care claim;

12    3.   Plaintiff's due process claim is DISMISSED from this

13 action for failure to state a claim upon which relief may be

14 granted;

15    4.   Plaintiff's ADA claim is DISMISSED from this action for

16 failure to state a claim upon which relief may be granted; and,

17    5.   Plaintiff's state law claims are DISMISSED from this

18 action for failure to state a claim upon which relief may be

19 granted.

20

21 IT IS SO ORDERED.

22 **Dated:    December 30, 2006**              ____/s/ Anthony W. Ishii____
   0m8i78                          UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

2