IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

      Plaintiff,              No. 1:06-CV-00136 ALA P

    vs.

TIMOTHY FISHBACK, et al.,

      Defendants.        <u>ORDER</u>

_____/

      Defendants are directed to file a response to Plaintiff's motion to compel on or before October 3, 2007.

**IT IS SO ORDERED.**

DATED: September 12, 2007

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation