IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

      Plaintiff,                      No. 1:06-CV-00136 ALA P

      vs.

TIMOTHY FISHBACK, et al.,

      Defendants.               <u>ORDER</u>

      Defendants are directed to file a response to Plaintiff's October 9, 2007, reply to Defendant's response within twenty-one (21) days of the date of this order.

**IT IS SO ORDERED.**

/////

DATED: November 13, 2007

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation