IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

        Plaintiff,                No. 1:06-CV-00136 ALA P

    vs.

TIMOTHY FISHBACK, et al.,

        Defendants.        <u>ORDER</u>

_____/

       Plaintiff Patrick Brady is proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. On September 10, 2007, Plaintiff filed a motion to compel. On September 12, 2007, Defendants filed a response in opposition to Plaintiff's motion to compel. On October 9, 2007, Plaintiff filed a reply to Defendants' response. Finally on November 30, 2007, Defendants filed a further response in opposition to Plaintiff's motion to compel. After review of the filings, the court will deny Plaintiff's motion.

       Accordingly, IT IS HEREBY ORDERED that Plaintiff's September 10, 2007, motion to compel is DENIED.

/////

DATED: December 6, 2007          /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation