IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

        Plaintiff,                    No. 1:06-CV-00136 ALA P

    vs.

TIMOTHY FISHBACK, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On December 10, 2007, Plaintiff filed a Motion to Compel. On December 10, 2007, Plaintiff also filed a document entitled "Second Judicial Notice" in which he requested (1) an extension of time to conduct discovery, and (2) a ruling on a "Judicial Notice" Plaintiff asserts was filed on September 26, 2007. The Court has reviewed the docket and there does not appear to be any "Judicial Notice" filed on September 26, 2007.[1]

/////

**Accordingly, IT IS HEREBY ORDERED that:**

    1.    Defendants are directed to file a response to Plaintiff's Motion to Compel within

---

[1] The only document filed on September 26, 2007, was Defendants' Opposition to Plaintiff's Motion to Compel. On December 6, 2007, the Court ruled on that motion.

1

1 | twenty-one (21) days of the date of this order.

2 |     2.    Plaintiff's request for an extension of time for discovery is granted. The new cut-off date for discovery is February 28, 2008. All other dates set forth in the Court's Discovery Order/Scheduling Order filed on April 2, 2007 are still in effect.

/////

DATED: December 14, 2007

        /s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation