1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  PATRICK BRADY,

12              Plaintiff,                    No. 1:06-CV-00136 ALA P

13      vs.

14  TIMOTHY FISHBACK, et al.,

15              Defendants.                   ORDER

16  _____/

17      On December 10, 2007, Plaintiff filed a Motion to Compel.  On December 18, 2007,

18  Defendants responded to the motion explaining that Plaintiff's third set of requests for

19  admissions had been misfiled and recently located.  Defendants further explain, "Having now

20  located the requests, defendants will respond to them and anticipate doing so within 30 days."

21  Defs. Resp. to Pl.'s Second Mot. to Dismiss at 2:1-2.

22  /////

23  /////

24  //////

25  /////

26      **Accordingly, IT IS HEREBY ORDERED that:**

1

1.      Plaintiff's Motion to Compel filed on December 10, 2007, is granted.

2.      Defendants are directed to respond to Plaintiff's third set of requests for admissions on or before January 18, 2008.

/////

DATED: December 20, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT  JUDGE
Sitting by Designation