IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

      Petitioner,                             No. CIV S-06-0136 ALA P

      vs.

TIMOTHY FISHBANK, Warden,           <u>ORDER</u>

      Respondent.

_____/

      Plaintiff Patrick Brady is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.  Before this Court are the following two motions: (1) Mr. Brady's Motion to Compel, dated June 27, 2007 (Doc. 27); and (2) Mr. Brady's Motion to Hold in Abeyance or for Voluntary Withdrawal of Plaintiff's Motion to Compel, dated June 28, 2007 (Doc. 26).

      In Mr. Brady's Motion to Hold in Abeyance or for Voluntary Withdrawal, Mr. Brady requests that this Court allow him voluntarily to withdraw his Motion to Compel.  Mr. Brady's request is granted.  Thus, his Motion to Compel is denied as moot.

      Accordingly, **IT IS HEREBY ORDERED** that:

      1.      Plaintiff's Motion to Hold in Abeyance of for Voluntary Withdrawal of Plaintiff's Motion to Compel (Doc. 26) is GRANTED; and

2. Plaintiff's Motion to Compel (Doc. 27) is DENIED as moot.

/////

DATED: March 4, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation

2