IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

    Plaintiff,               No. 1:06-CV-00136 ALA P

    vs.

TIMOTHY FISHBACK, et al.,

    Defendants.          ORDER

_____/

    On March 27, 2008, Defendants, Jesus Juarez and Simon Villa, filed a Motion to Vacate the dispositive motion deadline. On March 31, 2008, however, Defendants submitted a timely Summary Judgment Motion.

    Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' March 27, 2008, Motion to Vacate the dispositive motion deadline is moot.

DATED: April 8, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation

1