IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

      Plaintiff,                     Case No. 1:06-cv-00136 ALA (P)

     vs.

TIMOTHY FISHBACK, et al.,

      Defendants.              <u>ORDER</u>

_____/

     On March 31, 2008, Defendants, Dr. Jesus Juarez and Dr. Simon Villa, filed a Motion for Summary Judgment (doc. 54) as to Plaintiff's claim alleging a deliberate indifference to his serious medical needs. This Court requests that Plaintiff file a response to Defendants' motion.

     Accordingly, **IT IS HEREBY ORDERED** that Plaintiff respond to Defendants' Motion for Summary Judgment, dated March 31, 2008, within thirty-five (35) days from the date of this Order.

/////

DATED: April 8, 2008

                                                  <u>/s/ Arthur L. Alarcón</u>
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26