1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PATRICK BRADY,

11          Plaintiff,                    Case No. 1:06-cv-00136 ALA (P)

12       vs.

13   TIMOTHY FISHBACK, et al.,            ORDER

14          Defendants.

15   _____/

16       Plaintiff Patrick Brady is a state prisoner proceeding *pro se* and *in forma pauperis* with a

17   civil rights action pursuant to 42 U.S.C. § 1983.  On June 2, 2008, Mr. Brady filed a document

18   entitled "Motion/Judicial Notice" which he has signed under penalty of perjury.  (Doc. No. 71).

19   In this document, Mr. Brady declares that because of prison copying policies, he can only make

20   three copies of any documents filed.  He states that he "can send the court the original [of a

21   document] and 1 copy and 1 to 'Williams & Associates' [attorney for Defendant Fishback] and

22   they'll have to share with 'Moreno & Rivera' [attorney for Defendants Juarez and Villa]."

23   Counsel for Defendant Fishback and counsel for Defendants Juarez and Villa have agreed that,

24   in lieu of Mr. Brady mailing hard copies of his filings, they will rely on electronic notification of

25   the filings from the Court's CM/ECF system.  Pursuant to Rule 6(e) of the Federal Rules of Civil

26   Procedure:

1
2
3

> Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice of other paper upon the party and the notice or paper is served upon the party . . . *3 days* shall be added to the prescribed time period.

4 (emphasis added).  Because electronic notifications of filings from the Court's CM/ECF system

5 may be slightly delayed, the Court orders that for purposes of Rule 6(e), five days, instead of

6 three days, "shall be added to the prescribed time period" in which to respond to any filings by

7 Mr. Brady.

8          Mr. Brady has also provided the Court with written deposition questions and subpoenas

9 for non-party deponents.  Defendant Fishback raised objections to Mr. Brady's questions and

10 submitted cross-examination questions.  (Doc. Nos. 64-70).  On July 7, 2008, Mr. Brady filed a

11 document entitled "Judicial Notice" (Doc. No. 75) in which he objected to question one of

12 Defendant's cross-examination of Dr. Knight.  In this document, Mr. Brady also set forth

13 redirect questions for Dr. Knight.  Set forth below is the Court's ruling on Mr. Brady's objection:

14 DEFENDANT FISHBACK'S WRITTEN DEPOSITION QUESTION NO. 1 TO DR. KNIGHT:

15          "On October 28, 2006, you saw inmate Brady sitting comfortably on his bed reading a

16 novel?"

17  MR. BRADY'S OBJECTION:

18          "Speculation as to whether Plaintiff was comfortable and actually reading."

19 COURT'S RULING:

20          Granted, in part.  Dr. Knight shall answer the question: "On October 28, 2006, you saw

21 inmate Brady sitting on his bed appearing to read a novel?"

22 ///

23          The Court notes that on December 10, 2007, Mr. Brady filed a document entitled

24 "Judicial Notice for Extension of time to Finish Discovery" in which he requested additional

25 time to take depositions of non-party deponents.  (Doc. No. 39).  Mr. Brady made the same

26

1  request in other filings which requests the Court granted.  (Doc. No. 62).  Therefore, his

2  "Judicial Notice for Extension of time to Finish Discovery" (Doc. No. 38) is denied as moot.

3  ///

4          Accordingly, good cause appearing, **IT IS HEREBY ORDERED** that:

5          1.      Mr. Brady's "Motion/Judicial Notice" (Doc. No. 71) is GRANTED.

6          2.      Mr. Brady's "Judicial Notice for Extension of time to Finish Discovery" (Doc.

7                  No. 39) is DENIED as moot.

8          3.      The Clerk shall forward a copy of Mr. Brady's redirect questions to Dr. Knight

9                  (Doc. No. 75) along with this order.  Upon receipt of the questions, Dr. Knight

10                 shall write out his answers in the form provided by Plaintiff and return them to

11                 the Court no later than twenty-one days after service by the Clerk.

12  /////

13  DATED: July 14, 2008

14                                          /s/ Arthur L. Alarcón

15                                          _____
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation

16

17

18

19

20

21

22

23

24

25

26