IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

     Plaintiff,                    Case No. 1:06-cv-00136 ALA (P)

     vs.

TIMOTHY FISHBACK, et al.,

     Defendants.               <u>ORDER</u>

_____/

     On June 24, 2008, this Court ordered Plaintiff Brady, with the assistance of Defendants, to provide addresses for the non-party deponents he seeks to depose. (Doc. 74). As per this Court's order, the following non-party deponents should have been served with approved written deposition questions: Dr. Barad, Psych Tech Gonzales, Dr. Kanan, Dr. Knight, Psych Tech Lavine, Dr. Puljol and Dr. McGuiness. (Doc. 74). To date, only Dr. Knight filed responses to Plaintiff Brady's written deposition questions. (Doc. 78).

     In light of Defendants' status report (Doc. 81), IT IS HEREBY ORDERED that Defendants file addresses for non-party deponents: Dr. Barad, Psych Tech Gonzales, Dr. Kanan, Psych Tech Lavine, Dr. Puljol and Dr. McGuiness on or before September 5, 2008.

DATED: August 25, 2008          /s/ Arthur L. Alarcón
                                       UNITED STATES CIRCUIT JUDGE
                                       Sitting by Designation