IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

    Plaintiff,                       No. 1:06-cv-00136 ALA (P)

    vs.

TIMOTHY FISHBACK, et al.,

    Defendants.                   <u>ORDER</u>

_____/

IT IS HEREBY ORDERED that the Clerk is directed to re-serve the subpoena, written deposition questions and Defendant Fishback's objections to the written deposition questions, located at Doc. Nos. 30 and 65, along with this Court's ruling on Defendant Fishback's objections, located at Doc. No. 74, to non-party deponent Psych Tech Gonzales at the following address:

    Psych Tech Gonzales
    C/O Litigation Coordinator Corcoran State Prison
    P.O. Box 8800
    Corcoran, CA 93212-8800

DATED: August 26, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation