IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

    Plaintiff,                       No. 1:06-cv-00136 ALA (P)

    vs.

TIMOTHY FISHBACK, et al.,

    Defendants.                  <u>ORDER</u>

      IT IS HEREBY ORDERED that the Clerk is directed to re-serve the written deposition questions and Defendant Fishback's objections to the written deposition questions, located at Doc. No. 66, along with this Court's ruling on Defendant Fishback's objections, located at Doc. No. 74, to non-party deponent Dr. Renee Kanan at the following address:

    Dr. Renee Kanan
    C/O Litigation Coordinator Folsom State Prison
    P.O. Box 71
    Represa, CA 95671

//////

DATED: August 26, 2008

                                         /s/ Arthur L. Alarcón
                                         UNITED STATES CIRCUIT JUDGE
                                         Sitting by Designation