IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

      Plaintiff,                    No. 1:06-cv-00136 ALA (P)

      vs.

TIMOTHY FISHBACK, et al.,

      Defendants.             ORDER

_____/

      Patrick Brady ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. The matter before this Court concerns the failure of non-party deponents Psych Tech Lavine, Dr. Puljol, Psych Tech Gonzales, and Dr. McGuiness to respond to this Court's order to show cause, dated October 16, 2008, ordering them to respond on or before October 29, 2008 to Plaintiff's written deposition questions, filed pursuant to Rule 31 of the Federal Rules of Civil Procedure, or, in the alternative, to explain why they should not be held in contempt for failure to respond to the subpoena pursuant to FRCP 45(e). (Doc. 94). Non-party deponents Psych Tech Lavine, Dr. Puljol, Psych Tech Gonzales, and Dr. McGuiness have failed to respond, or otherwise comply with the Court's order.

      The Court's October 16, 2008 order to show cause directed the Clerk to serve the above-referenced non-party witnesses care of the "Litigation Coordinator" at Corcoran State Prison.

1   (Doc. 94).  On October 24, 2008, Plaintiff filed a motion for sanctions requesting that the Court
2   "sanction Corcoran Litigation Coordinator Jennifer Jones and/or Teresa Lauren" for failing to
3   provide the above-referenced non-party witnesses with Plaintiff's written deposition questions as
4   ordered by this Court.  (Doc. 95).  In support of his motion, Plaintiff alleges that he has
5   "repeatedly asked Psych tech Gonzales and Lavine if they had received their depositions & they
6   said they had not."  *Id.*  Plaintiff contends that the Corcoran State Prison "litigation coordinator
7   and/or her subordinates" are withholding the subpoenas and deposition questions.  *Id.*

8   Based upon the assertions in Plaintiff's motion for sanctions, the Court must attempt to
9   ascertain whether the above-referenced non-party witnesses have received the Court's October
10  16, 2008 order from the Corcoran Litigation Coordinator, before determining whether those non-
11  parties should be held in contempt for their failure to respond to the Court's October 16, 2008
12  order.

**Accordingly, IT IS HEREBY ORDERED that:**

1.  The Litigation Coordinators at Corcoran State Prison, Jennifer Jones and Teresa
    Lauren, show cause on or before November 13, 2008, why they should not be
    sanctioned for failing to provide Psych Tech Lavine, Psych Tech Gonzales, Dr.
    Puljol, and Dr. McGuiness with Plaintiff's written deposition questions as ordered
    by this Court's order dated October 16, 2008.  (Doc. 94).

2.  The clerk is directed to serve this order on the following persons:

    Jennifer Jones
    Litigation Coordinator
    Corcoran State Prison
    P.O. Box 8800
    Corcoran, CA 93212-8800

    Teresa Lauren
    Litigation Coordinator
    Corcoran State Prison
    P.O. Box 8800
    Corcoran, CA 93212-8800

/////

3.      The clerk is directed to serve this order on the following non-party witnesses:

      Psych Tech Lavine
      C/O Litigation Coordinator
      Corcoran State Prison
      P.O. Box 8800
      Corcoran, CA 93212-8800

      Dr. Puljol
      C/O Litigation Coordinator
      Corcoran State Prison
      P.O. Box 8800
      Corcoran, CA 93212-8800

      Dr. McGuiness
      C/O Litigation Coordinator
      Corcoran State Prison
      P.O. Box 8800
      Corcoran, CA 93212-8800

      Psych Tech Gonzales
      C/O Litigation Coordinator
      Corcoran State Prison
      P.O. Box 8800
      Corcoran, CA 93212-8800

DATED: November 3, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation