IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

     Plaintiff,             No. 1:06-cv-00136 ALA (P)

     vs.

TIMOTHY FISHBACK, et al.,

     Defendants.         <u>ORDER</u>

_____/

     Patrick Brady ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.

     The matter before this Court concerns the failure of non-party deponents Dr. Puljol and Dr. McGuiness to respond to this Court's order to show cause, dated October 16, 2008, ordering them to respond on or before October 29, 2008 to Plaintiff's written deposition questions, filed pursuant to Rule 31 of the Federal Rules of Civil Procedure, or, in the alternative, to explain why they should not be held in contempt for failure to respond to the subpoena pursuant to FRCP 45(e). (Doc. 94).

     Because no response to the Court's order to show cause was filed, and Plaintiff filed a motion for sanctions requesting that the Court "sanction Corcoran Litigation Coordinator Jennifer Jones and/or Teresa Lauren" for failing to provide the above-referenced non-party

1

witnesses with Plaintiff's written deposition questions as ordered by this Court, (doc. 95), on November 3, 2008, this Court ordered the Litigation Coordinators at Corcoran State Prison, Jennifer Jones and Teresa Lauren, to show cause on or before November 13, 2008, why they should not be sanctioned for failing to provide Psych Tech Lavine, Psych Tech Gonzales, Dr. Puljol, and Dr. McGuiness with Plaintiff's written deposition questions as ordered by this Court's order dated October 16, 2008. (Doc. 96).

On November 21, 2008, the Court received Psych Tech Lavine's and Psych Tech Gonzales's responses to Plaintiff's written deposition questions. Accordingly, the order to show cause is VACATED as to Jennifer Jones and Teresa Lauren's failure to provide the written deposition questions to those two non-party witnesses. The Court has not received any response from Litigation Coordinators Jennifer Jones and Teresa Lauren, however, as to why they should not be sanctioned for failing to provide non-party deponents Dr. Puljol and Dr. McGuiness with Plaintiff's written deposition questions as ordered by this Court. (Doc. 95).

If the Litigation Coordinators have provided Drs. Puljol and McGuiness with Plaintiff's written deposition questions, or if they are unable to locate those parties because they are no longer employed by the CDCR, Jennifer Jones and/or Teresa Lauren need only file a declaration with the Court, signed under penalty of perjury, stating that those parties have been provided with the requested documents, or that they are unable to locate those parties. Upon receipt of such a declaration, the Court will vacate the order to show cause as to these remaining two non-party witnesses.

Alternatively, if no response is received by the Court in response to this order to show cause, the Court will have no alternative but to sanction Litigation Coordinators Jennifer Jones and Teresa Lauren for failing to respond to this Court's order.

**Accordingly, IT IS HEREBY ORDERED that:**

1. The Court's order to show cause, dated November 3, 2008, as to why Jennifer Jones and Teresa Lauren should not be sanctioned for failing provide Plaintiff's

1  written deposition questions to Psych Tech Lavine, Psych Tech Gonzales, Dr.
2  Puljol, and Dr. McGuiness is VACATED as to Psych Tech Lavine and Psych
3  Tech Gonzales;
4    2.   The Litigation Coordinators at Corcoran State Prison, Jennifer Jones and Teresa
5  Lauren, are to show cause on or before January 14, 2009, why they should not be
6  sanctioned for failing to provide Dr. Puljol and Dr. McGuiness with Plaintiff's
7  written deposition questions as ordered by this Court's order dated October 16,
8  2008 and November 3, 2008.  (Docs. 94 and 96); and,
9    2.   The clerk is directed to serve this order on the following persons:

Jennifer Jones
Litigation Coordinator
Corcoran State Prison
P.O. Box 8800
Corcoran, CA 93212-8800

Teresa Lauren
Litigation Coordinator
Corcoran State Prison
P.O. Box 8800
Corcoran, CA 93212-8800

Dr. McGuiness
C/O Litigation Coordinator
Corcoran State Prison
P.O. Box 8800
Corcoran, CA 93212-8800

Dr. Puljol
C/O Litigation Coordinator
Corcoran State Prison
P.O. Box 8800
Corcoran, CA 93212-8800

DATED: December 23, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation