IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

    Plaintiff,                     No. 1:06-cv-00136 ALA (P)

    vs.

TIMOTHY FISHBACK, et al.,

    Defendants.                <u>ORDER</u>

_____/

    Patrick Brady ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. The matter before this Court concerns the failure of non-party deponents Dr. Puljol and Dr. McGuiness to respond to Plaintiff's written deposition questions, filed pursuant to Rule 31 of the Federal Rules of Civil Procedure, or, in the alternative, to explain why they should not be held in contempt for failure to respond to the subpoena pursuant to FRCP 45(e). (Doc. 94).

    On December 24, 2008, the Court issued an order to show cause why Corcoran Litigation Coordinator Jennifer Jones and/or Theresa Loren should not be sanctioned for failing to provide the above-referenced non-party witnesses with Plaintiff's written deposition questions as ordered by this Court. (Doc. 99).

    On January 12, 2009, Theresa Loren filed a declaration stating that in her capacity as a

1

1  Staff Service Analyst in the Litigation Coordinator's Office at California State Prison -
2  Corcoran, she complied with this Court's order of November 3, 2008 (Doc. 96), by forwarding
3  Plaintiff's written deposition questions to Dr. McGuiness. (Doc. 102). Ms. Loren was informed
4  that Dr. McGuiness is currently on medical leave from CDCR and has been unable to respond to
5  Plaintiff's questions as a result of his medical condition. *Id*. Ms. Loren also stated in her
6  declaration that she attempted to forward Plaintiff's written deposition questions to Dr. Puljol
7  but was informed that Dr. Puljol is no longer employed by the CDCR.
8      Accordingly, IT IS HEREBY ORDERED that the Court's order to show cause dated
9  December 24, 2008, (Doc. 99), is VACATED.
10 /////
11 DATED: January 12, 2009

12                     /s/ Arthur L. Alarcón
                       UNITED STATES CIRCUIT JUDGE
13                     Sitting by Designation