IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

     Plaintiff,                    No. 1:06-cv-00136 ALA (P)

     vs.

TIMOTHY FISHBACK, et al.,

     Defendants.             <u>ORDER</u>

      Patrick Brady ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On January 16, 2009, Plaintiff filed a request for a 30-day extension of time to file his response to the Defendants' motion for summary judgment (doc. 104). Plaintiff's request is granted. Plaintiff's responses to the motions for summary judgment filed in this matter (docs. 54, 55) shall be due on or before February 16, 2009. No further extensions will be granted. All remaining dates set forth in the Court's scheduling order of January 8, 2009, shall remain in effect. (Doc. 100).

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's oppositions to the motions for
2  summary judgment filed in this matter shall be due on or before February 16, 2009.
3  ////
4  DATED: January 16, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation