IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

    Plaintiff,                 No. 1:06-cv-00136 ALA (P)

    vs.

TIMOTHY FISHBACK, et al.,

    Defendants.           ORDER

_____/

    Patrick Brady ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On January 16, 2009, Plaintiff requested copies of responses to non-party witness deposition questions. Accordingly, the Court attaches hereto the filed responses from non-party witnesses, Dr. Kevin Knight (doc. 78) and Renee Kanan, M.D. (doc. 91). Also attached hereto, taken from the Court's file, are copies of non-party witness responses received from R. Barda, M.D., Psych Tech Lavine, and Psych Tech Gonzales. Plaintiff is notified that, according to the Declaration of Theresa Lloren (doc. 102), the remaining non-party witnesses are not available to respond to his questions.

DATED: January 21, 2009

                                             /s/ Arthur L. Alarcón
                                             UNITED STATES CIRCUIT JUDGE
                                             Sitting by Designation