IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

      Plaintiff,                No. 1:06-cv-00136 ALA (P)

      vs.

TIMOTHY FISHBACK, et al.,

      Defendants.             ORDER
_____/

Patrick Brady ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On January 22, 2009, Plaintiff filed a "Judicial Notice" informing the Court that as of January 15, 2009, he had not yet received deposition responses "for Barda, psyche [sic] techs Lavine or Gonzales." (Doc. 110.) Plaintiff's "Judicial Notice" is moot. On January 21, 2009, this Court issued an order (Doc. 108) attaching copies of responses from those three non-party witnesses. (*See id.*)

/////

DATED: January 23, 2009

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation