IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BRADY,

    Plaintiff,   Case No. 1:06-cv-00136 ALA (P)

  vs.

TIMOTHY FISHBACK, et al.,

    Defendants.   <u>ORDER</u>

_____/

    Defendants are ordered to file a reply to Plaintiff's opposition to their motion for summary judgment on or before March 3, 3009.

    **IT IS SO ORDERED.**

/////

DATED: February 27, 2009

                        /s/ Arthur L. Alarcón
                        UNITED STATES CIRCUIT JUDGE
                        Sitting by Designation

1